

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00158-CR

| | | |
|---|---|---|
| Allen F. Calton | § | From the 213th District Court |
| | § | of Tarrant County (0843168D) |
| v. | § | June 25, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM